

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00437-CV

**PROGRESO LLC** and Progreso La Michoacana Meat Market San Antonio #10, LLC,
Appellants

v.

Rosamaria **GONZALEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI25139
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

      The reporter's record in this case was originally due on September 18, 2020. On September 21, 2020, the court reporter filed a notification of late record, stating the record had not been filed because the appellant had failed to pay the fee or make arrangements to pay the fee for preparing the record and was not entitled to appeal without paying the fee. The notification requested a two-week extension of time to file the record. On October 2, 2020, the court reporter filed the reporter's record. The request for an extension of time is therefore **DENIED AS MOOT**.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court